IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RUBEN RODRIGUEZ**, *individually and on behalf of all others similarly situated*<br>1167 Chase Street<br>Camden, NJ 08104<br>**Plaintiff,**<br>v.<br>**PUBLIX SECURITY FIRST LLC**<br>6061 Pine Street<br>Philadelphia, PA 19143<br>**and**<br>**RONALD ARCHER**<br>6061 Pine Street<br>Philadelphia, PA 19143<br>**Defendants**. | Case No. 1:25-cv-15312-CPO-AMD |

## REQUEST FOR ENTRY OF DEFAULT

TO THE CLERK:

Defendant Publix Security First LLC, having failed to answer or otherwise appear in the above-captioned matter, and the time for appearance having expired, you are hereby requested to enter default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

Dated: February 11, 2026    By:    */s/ Jake Daniel Novelli, Esq.*
Jake D. Novelli, Esq.
1628 John F. Kennedy Blvd., Suite 2000
Philadelphia, PA 19103
TEL: (267) 273-1054
FAX: (215) 525-0210
jnovelli@phillyemploymentlawyer.com
*Attorneys for Plaintiff*